[DO NOT PUBLISH]

In the

# United States Court of Appeals

For the Eleventh Circuit

_____

No. 20-13138

_____

WISSAM TAYSIR HAMMOUD,

Petitioner-Appellant,

*versus*

UNITED STATES OF AMERICA,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:19-cv-02541-JDW-TGW

_____

Before WILSON, JILL PRYOR, and HULL, Circuit Judges.

PER CURIAM:

Petitioner-Appellant Wissam Hammoud appeals the district court's denial of his 28 U.S.C. § 2255 motion to vacate his 18 U.S.C. § 924(c) conviction on Count Five in light of *United States v. Davis*, 139 S. Ct. 2319 (2019). The district court denied Hammoud's motion, finding his claim was procedurally defaulted. Alternatively, the district court concluded that his *Davis* claim failed on the merits.

After careful review and with the benefit of oral argument, we find no reversible error in the district court's denial of Hammoud's motion to vacate his sentence.

**AFFIRMED.**